IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00254-CV

 

In the
Matter of the Marriage of

Anna G.
Schakosky

and

Rodney
James Schakosky

and

in the
Interest of N.V.S., a Child

 

 



From the 413th District Court

Johnson County, Texas

Trial Court No. D200705048

 



MEMORANDUM  Opinion










 

            Rodney James Schakosky filed a notice
of appeal of the trial court’s judgment rendered against him.  He now files a
motion to dismiss his appeal.

            He notes on his motion, and in the
cover letter, that the Appellee, Anna Schakosky, has been copied with the
motion.  The Rules of Appellate Procedure require that each document presented
for filing must contain a proof of service and that proof may be made in the
form of an acknowledgment or a certification.  Tex. R. App. P. 9.5(a) and (d).  Rodney’s notation does not
satisfy the requirements of an acknowledgment or a certification.  However,
because Rodney wishes to dismiss his appeal and has indicated that he has sent
a copy of the motion to Anna, we use Rule 2 to suspend the requirement of Rule
9.5(d).  

            This appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).

 

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed 

Opinion
delivered and filed January 2, 2008

[CV06]






ee is not significantly injured by the appellant’s failure to timely file
a brief.

Id. 38.8(a)(1).
      More than thirty days have passed since Galer’s brief was due. We notified him of this defect
by letter dated November 6, 2002. Id. 42.3, 44.3. He has not responded to our letter. Id. 42.3,
38.8(a)(1). Therefore, this appeal is dismissed for want of prosecution. Id. 38.8(a)(1).

                                                                         PER CURIAM

Before Chief Justice Davis,
      Justice Vance, and
      Justice Gray
Dismissed for want of prosecution
Opinion delivered and filed November 27, 2002
Do not publish
[CV06]